# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  SACV 16-2061-MWF (KK)          Date:  January 12, 2017

Title: Andrew Alexander Corrales v. Warden

## DOCKET ENTRY

PRESENT:  **HON. KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE**

| Deb Taylor | None |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

ATTORNEYS PRESENT FOR PLAINTIFF(S):     ATTORNEYS PRESENT FOR DEFENDANT(S):

None                                                                 None

## PROCEEDINGS:     (IN CHAMBERS)

The Court is in receipt of Respondent's "Motion for the Release of Records." ECF Docket No. ("dkt.") 13. Respondent requests the Court to "instruct" Petitioner "to permit this Court to provide Respondent with a copy of the Marsden hearing transcript." Id. at 3. It appears the California Court of Appeal is transmitting a copy of the requested reporter's transcript that was part of the record on appeal to this Court to be lodged as "CONFIDENTIAL." Id. at 2, 9. The Court declines to "instruct" Petitioner as requested at this time. Respondent may file a motion to unseal the hearing transcript pursuant to Local Rule 79-7.2 once the documents are lodged.

Initials of Deputy Clerk     dts

MINUTES FORM 11

CIVIL-GEN